IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

ERIC ALLEN,                                  )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )        CV 125-088
                                             )
BRIDGETTE D KENDRICK and KENDRICK            )
CLEARING AND HAULING,                        )
                                             )
            Defendants.                      )

------------

**O R D E R**

------------

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case for failure to prosecute, and **CLOSES** this civil action.

SO ORDERED this _____ day of June, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA