AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ERIC ALLEN,

           Plaintiff,

        V.

BRIDGETTE D KENDRICK and KENDRICK CLEARING
AND HAULING,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   CV 125-88

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered June 18, 2026 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, this case is dismissed for failure to prosecute.   This case stands closed.



6/18/2026
_____
Date

John E. Triplett, Clerk of Court
Clerk

_____
*(By) Deputy Clerk*

GAS Rev 10/2020